UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
DECKERS OUTDOOR CORPORATION, a Delaware   :
Corporation,   :
                  *Plaintiffs*,   :
  :       23-CV-02545 (ALC)
       -against-   :       ORDER
  :
NEXT STEP GROUP, INC., a New York Corporation;   :
and DOES 1-10, inclusive,   :
                  *Defendants*.   :
  :
  :
  :
----------------------------------------------------------------- :
  :
  x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Defendant Next Step Group, Inc.'s letter dated June 12, 2023,

requesting an extension of time to file an amended Answer and Counterclaims. ECF No. 27. The

request for an extension to file an amended Answer and Counterclaims is GRANTED and the

Defendant is hereby ORDERED to file an its Amended Answer on or before July 5, 2023.

**SO ORDERED.**

**Dated:**    **June 27, 2023**
             **New York, New York**     _____
                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**