UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                Plaintiff,          23-CV-2545 (ALC) (VF)

      -against-                  **ORDER**

NEXT STEP GROUP, INC., et al.,
                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As stated at the initial case management conference held before the Court on August 9, 2023, the parties are directed to meet and confer to determine the scope of limited discovery to be exchanged at this time for purposes of engaging in settlement discussions and/or deciding whether a Rule 12(c) motion will be filed. The parties are directed to submit a proposed schedule for this limited phase of discovery by no later than **August 24, 2023**. Once submitted, the Court will review the proposed schedule and enter an order scheduling a settlement conference at the end of that limited discovery period. Accordingly, the Court will not enter the proposed case management plan at ECF No. 33 at this time.

      **SO ORDERED.**

DATED:    New York, New York
              August 9, 2023

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge