UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                              Plaintiff,                        **23-CV-2545 (ALC) (VF)**

            -against-                                **ORDER**

NEXT STEP GROUP, INC., et al,
                              Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The stay ordered at ECF No. 57, on February 29, 2024, is hereby lifted given the notice that the United States Patent Office's Patent Trial and Appeals Board has completed its Inter Partes Review. See ECF No. 69.

       **SO ORDERED.**

DATED:    New York, New York
                August 22, 2024

                                                                                 VALERIE FIGUEREDO
                                                                                 United States Magistrate Judge