UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                         Plaintiff,                      **23-CV-2545 (ALC) (VF)**

         -against-                        **ORDER**

NEXT STEP GROUP, INC., et al,

                         Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties previously submitted a case management plan but many of the deadlines in that proposed plan have since passed. See ECF No. 33. The parties are directed to meet and confer, and submit to the Court an updated schedule for the completion of discovery in this case, by no later than **Monday, October 7, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
                September 13, 2024

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge