UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                          Plaintiff,                    23-CV-2545 (ALC) (VF)

          -against-                       **ORDER**

NEXT STEP GROUP, INC., et al.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephone conference is hereby scheduled for **Thursday, November 14, 2024 at 3 p.m.** to address the issues raised at ECF No. 78. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:     New York, New York
               November 8, 2024

                                                           _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge