**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
| | |
|---|---|
| **DECKERS OUTDOOR CORPORATION, A DELAWARE CORPORATION,** : | |
| : | |
| *Plaintiff*, : | **1:23-cv-02545 (ALC)** |
| : | |
| -against- : | <u>**CONFERENCE ORDER**</u> |
| : | |
| **NEXT STEP GROUP, INC., A NEW YORK CORPORATION; AND DOES 1-10, INCLUSIVE,** : | |
| : | |
| *Defendants*. : | |
| : | |

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action regarding the anticipated motion to dismiss and issues regarding service on Friday, December 6, 2024 at 2 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: November 25, 2024**
     **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**