UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

DECKERS OUTDOOR CORPORATION, A
DELAWARE CORPORATION,

                *Plaintiff*,

   -against-

NEXT STEP GROUP, INC., A NEW YORK
CORPORATION; AND DOES 1-10, INCLUSIVE,

                *Defendants*.

-------------------------------------------------------------------- x

1:23-CV-02545(ALC)

**ORDER OF ADJOURNMENT**

**ANDREW L. CARTER, JR., District Judge:**

    The previously scheduled telephone conference on December 6, 2024 is adjourned. The Clerk of Court is hereby directed to terminate ECF No. 86.

**SO ORDERED.**

**Dated:**    **December 4, 2024**
           **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**