UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DECKERS OUTDOOR CORPORATION, A                :
DELAWARE CORPORATION,                          :
                                                :
                              *Plaintiff*,    :   1:23-cv-02545 (ALC)
                                                :
         -against-                                 :   **CONFERENCE ORDER**
                                                :
NEXT STEP GROUP, INC., A NEW YORK             :
CORPORATION; AND DOES 1-10, INCLUSIVE,        :
                                                :
                             *Defendants*.   :
                                                :
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a telephonic conference in this action on Monday, December 9, 2024 at 12 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: December 5, 2024**
       New York, New York                          _____
                                                             **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**