UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                              Plaintiff,                23-CV-2545 (ALC) (VF)

          -against-                          **ORDER**

NEXT STEP GROUP, INC., et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update regarding the progress of discovery by **March 31, 2025** if the case is not resolved before then.

      **SO ORDERED.**

DATED:    New York, New York
                February 5, 2025

                                                           _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge