

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM  T 310-546-7400  F 310-546-7401

Hon. Valerie Figueredo  
United States Magistrate Judge  
40 Foley Square, Room 435  
New York, NY 10007

April 28, 2025

Re: *Deckers Outdoor Corporation v. Next Step Group, Inc.*; Case No. 1:23-cv-02545 (ALC)

Dear Hon. Figueredo,

Pursuant to this Court's Rules of Practices for Civil Cases, Section I(g), Plaintiff Deckers Outdoor Corporation hereby submits this Letter-Motion for approval to file a sealed version of Exhibit A (and accompanying Exhibit 1 thereto) to Plaintiff's Objection to Defendant's Letter-Motion to Continue and/or Adjourn the April 30, 2025 hearing. Plaintiff requests that the Exhibit A (and accompanying Exhibit 1) be sealed and limited to *Ex Parte* Viewing Level as the documents contain information designated as Highly Confidential – Attorneys' Eyes Only and/or Confidential by defendant Next Step Group, Inc.

Respectfully submitted:

Brent H. Blakely  
Jamie Fountain

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE

**Dated:** 4/29/25

In order to permanently seal the documents, Plaintiff is directed to make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) by **May 30, 2025**.