

Hon. Valerie Figueredo  
United States Magistrate Judge  
40 Foley Square, Room 435  
New York, NY 10007

April 30, 2025

Re: *Deckers Outdoor Corporation v. Next Step Group, Inc.*; Case No. 1:23-cv-02545 (ALC)

Dear Hon. Figueredo,

Pursuant to this Court's Order dated April 29, 2024, Plaintiff Deckers Outdoor Corporation hereby submits this Letter-Motion in support of its Request to Seal the unredacted version of ECF 105-1 pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The portions of ECF 105-1 that Plaintiff has requested to redact contain financial information produced by Defendant in this Action and which Defendant designated as Highly Confidential and/or Confidential presumably as they contain financial and proprietary business information.

Respectfully submitted:

Brent H. Blakely  
Jamie Fountain

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO  
UNITED STATES MAGISTRATE JUDGE

**Dated:** May 5, 2025

The motion to seal is GRANTED. Plaintiff, however, is directed to file an unsealed version of ECF No. 104 with more narrowly tailored redactions, redacting only the financial information contained therein, by **May 30, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 103.