**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                            Plaintiff,           **23-CV-2545 (ALC) (VF)**

        -against-                **SCHEDULING ORDER**

NEXT STEP GROUP, INC., et al,
                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference to address the issues raised at ECF Nos. 114 and 115 is hereby scheduled for **Wednesday, June 25, 2025 at 11 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               May 12, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge