UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DECKERS OUTDOOR CORPORATION,

                              Plaintiff,                  **23-CV-2545 (ALC) (VF)**

          -against-                  **SCHEDULING ORDER**

NEXT STEP GROUP, INC., et al,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The in-person discovery conference scheduled for **Wednesday, June 25, 2025** time has been changed to **10:00 a.m.** in Courtroom 17-A.

      **SO ORDERED.**

DATED:    New York, New York
               June 13, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge