

Hon. Valerie Figueredo June 18, 2025
United States Magistrate Judge
40 Foley Square, Room 435
New York, NY 10007

 Re: *Deckers Outdoor Corporation v. Next Step Group, Inc.*; Case No. 1:23-cv-02545 (ALC)

Dear Hon. Figueredo,

 Pursuant to this Court's Rules of Practices for Civil Cases, Section I(g), Plaintiff Deckers Outdoor Corporation hereby submits this Letter-Motion for approval to file a sealed version of Exhibit D to Plaintiff's Supplemental Motion In Support of Plaintiff's May 9, 2025 Letter Motion to Compel [ECF 115]. Plaintiff requests that the Exhibit D be sealed and limited to *Ex Parte* Viewing Level as the documents contain information designated as Highly Confidential – Attorneys' Eyes Only and/or Confidential by defendant Next Step Group, Inc.

 Plaintiff makes this request pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The portions of Exhibit D that Plaintiff has requested to redact contain financial information produced by Defendant in this Action and which Defendant designated as Highly Confidential and/or Confidential as they presumably contain financial and proprietary business information.

Respectfully submitted:

Brent H. Blakely

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated:** 6/20/25

The motion to seal is GRANTED. The viewing restrictions, however, should be changed from *ex parte* to case participants. The Clerk of Court is directed to set the viewing restrictions for ECF No. 126 so that only the Court and the parties may view the documents filed at ECF No. 126. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 125.