MEMO ENDORSED



1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM T 310-546-7400 F 310-546-7401

Hon. Andrew L. Carter, Jr.
United States District Judge
40 Foley Square, Room 444
New York, NY 10007

July 14, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/29/2025__

Re: *Deckers Outdoor Corporation v. Next Step Group, Inc.*; Case No. 1:23-cv-02545 (ALC)

Dear Hon. Carter,

    Pursuant to this Court's Rules of Practices for Civil Cases 6(d), Plaintiff Deckers Outdoor Corporation hereby submits this Letter-Motion for approval to file a sealed version of its Objections to Magistrate Judge's Order Entered June 30, 2025 and Exhibit 4 to the Declaration of Brent H. Blakely In Support of Plaintiff's Objections to Magistrate Judge's Order. *See* ECF 144.

    Plaintiff requests that the Objections to Magistrate Judge's Order Entered June 30, 2025 and Exhibit 4 to the Declaration of Brent H. Blakely In Support of Plaintiff's Objections to Magistrate Judge's Order be sealed and limited to *Ex Parte* Viewing Level as the documents contain information designated as Highly Confidential – Attorneys' Eyes Only and/or Confidential by defendant Next Step Group, Inc.

    Plaintiff makes this request pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The portions of Plaintiff's Objections to Magistrate Judge's Order Entered June 30, 2025 and Exhibit 4 to the Declaration of Brent H. Blakely In Support of Plaintiff's Objections to Magistrate Judge's Order that Plaintiff has requested to file under seal contain financial information produced by Defendant in this Action and which Defendant designated as Highly Confidential and/or Confidential as they presumably contain financial and proprietary business information.

Respectfully submitted:

Brent H. Blakely

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
July 29, 2025