UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
DECKERS OUTDOOR CORPORATION, a Delaware Corporation,

       *Plaintiffs*,

  -against-        23-CV-02545 (ALC) (VF)
              ORDER

NEXT STEP GROUP, INC., a New York Corporation; and DOES 1-10, inclusive,

       *Defendants*.
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

  The pre-motion conference previously scheduled for August 7, 2025 at 4:00 P.M. E.T. will now take place at 4:30 P.M. E.T. All parties shall appear in person at Thurgood Marshall Courthouse, Room 444, 40 Foley Square, in the City, County and State of New York.

**SO ORDERED.**

**Dated: July 29, 2025**
   **New York, New York**             **ANDREW L. CARTER, JR.**
                        **United States District Judge**