UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DECKERS OUTDOOR CORPORATION, a Delaware  :
Corporation,                             :
                            *Plaintiffs*,  :
                                         :          23-CV-02545 (ALC) (VF)
              -against-                   :          ORDER
                                         :
NEXT STEP GROUP, INC., a New York Corporation;  :
and DOES 1-10, inclusive,                :
                            *Defendants*.  :
                                         :
                                         :
                                         :
                                         :
------------------------------------------------------------- :
                                         :
                                         x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiff Deckers Outdoor Corporation's ("Plaintiff") letter

dated August 14, 2025 (Dkt. No. 157) requesting clarification of the Court's August 7, 2025

Order, as well as Defendant Next Step Group, Inc.'s ("Defendant") letter dated August 15, 2025

(Dkt. No. 158) in response thereto. Fundamentally, the parties disagree on whether the Court's

August 7th Order required Defendant to provide a verified statement authenticating the sales

figures outlined in documents previously produced by Defendant, or if the verified statement had

to provide verification for all of Defendant's sales figures including for sales through August

2025.

At the conference held on August 7, 2025, the Court Ordered Defendant to provide a

statement verifying the sales figures at issue in this litigation, in lieu of waiting for the deposition

of Mr. Dushey, Next Step Inc.'s principal, to do so. On August 14, 2025, Defendant provided a

statement verifying its sales figures from December 2019 through April 2025. Dkt. No. 158 at 3.

Defendant is gathering updated figures for the months of May 2025-August 2025 but does not currently have that information available. *Id*.

The parties are directed to adhere to the deadlines set by the Court at the August 7th Conference for the demand letter and joint status report. In the joint status report, Defendant shall provide the Court with a detailed report of its efforts to produce documents detailing the updated sales figures and should propose a timeline for the completion of the same.

**SO ORDERED.**

**Dated: August 21, 2025**
     **New York, New York**

_____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

2