

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM **T** 310-546-7400 **F** 310-546-7401

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/15/2026__

Hon. Andrew L. Carter, Jr.                    August 4, 2025
United States District Judge
40 Foley Square, Room 444
New York, NY 10007

Re:   *Deckers Outdoor Corporation v. Next Step Group, Inc.*; Case No. 1:23-cv-02545 (ALC)

Dear Hon. Carter,

Pursuant to this Court's Rules of Practices for Civil Cases 6(d), Plaintiff Deckers Outdoor Corporation hereby submits this Letter-Motion for approval to file a sealed version of its Ex. A to the Declaration of Brent H. Blakely ISO Plaintiff's Reply. *See* ECF 152.

Plaintiff requests that the Ex. A to the Declaration of Brent H. Blakely ISO Plaintiff's Reply be sealed and limited to *Ex Parte* Viewing Level as the documents contain information designated as Highly Confidential – Attorneys' Eyes Only and/or Confidential by defendant Next Step Group, Inc.

Plaintiff makes this request pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The portions of Ex. A to the Declaration of Brent H. Blakely ISO Plaintiff's Reply that Plaintiff has requested to file under seal contain information which Defendant designated as Highly Confidential and/or Confidential as they presumably contain proprietary business information.

Respectfully submitted:

Brent H. Blakely

The motion to seal is GRANTED. The viewing restrictions, however, should be changed from *ex parte* to case participants. The Clerk of Court is directed to set the viewing restrictions for Dkt. No. 153 so that only the Court and the parties may view the documents filed at Dkt. No. 153.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 152.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
January 15, 2026