**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DECKERS OUTDOOR CORPORATION,**

**Plaintiff,**

**-against-**

**NEXT STEP GROUP, INC., et al.,**

**Defendants.**

**23-CV-2545 (ALC) (VF)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Per the Court's oral order at the July 8, 2026, hearing, the parties should submit a joint status report by July 28, 2026, regarding settlement and parties' stipulation to dismiss certain counts.

The Parties' pending Motion to Seal, ECF No. 161, is **GRANTED**. The Clerk of Court is respectfully directed to place the Parties Joint Status report, ECF No. 162, under seal and terminate ECF No. 161.

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**